IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARIA L. MARTINEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-771-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant affirming the decision of Michael J. Astrue, Commissioner of Social Security, and dismissing the appeal of plaintiff Maria L. Martinez.

_____    8/17/10
Peter Oppeneer, Clerk of Court    Date